AE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
NOV 08 2007
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Corey Manuel

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sergeant LYLES, Sergeant
Smith, Captain McGuire,
Superintendent Salazar,
Tom Dart, ect.

---

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6335
JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: Corey Manuel

B. List all aliases: None

C. Prisoner identification number: 20070014551

D. Place of present confinement: Cook County Department of Correction

E. Address: 2600 South California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: _____

Title: _____

Place of Employment: _____

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

           YES ( ✓ )   NO ( )   If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

           YES ( ✓ )   NO ( )

    C.    If your answer is YES:

        1.    What steps did you take?
first I gave several of them to sergeants while in the hole but none was answered, so I waited until I got out the hole and filed one and gave it to the Consuler.

        2.    What was the result?
They did say anything, they refered me to IAD.

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
No I didn't appeal, because IAD never talk to me and they didn't response over in Division one

    D.    If your answer is NO, explain why not:
I'm in a diffrent divisen, so they never answer my grievance from over here they just told me to talk to IAD.

Revised: 7/20/05

E. Is the grievance procedure now completed?   YES ( )   NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G. If your answer is YES:

    1. What steps did you take?

    _____

    _____

    _____

    2. What was the result?

    _____

    _____

    _____

H. If your answer is NO, explain why not:

_____

_____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8/31/07 I was on the teir of F-1 in divison one at the time after we came from school, we were going down to change our clothes which we do every week, so while we were in the clothing room at the time the officer work the clothing tire was named officer carter #3009 told us if we would like to change our clothes then take of the things that we would like to change so most guys were changing including me, so I took off my shirt because I wanted a new one, so I ask the worker can I have a shirt so he was about to give me on, but officer carter told him to gave the shirt to him, and gave it to another inmate, so I said "a I wanted that shirt" he than said "who the fuck is you talking to motherfucker, and jump over the counter and pushed me so I told him not to put his hands on me, he than continualed to push me until I was in a corner and told me to stay there, I was trying to leave out so that I could leave the situtation alone but by then serval officers came in and they wouldn't let me leave so I wait, he then stated every body get the fuck out of here, so everybody left expect a few of us then he said matter of fact bring my workers in here and hurry up and get these people out of here, so his workers come back in and he rushed the other inmates out, and so I was left in their with all the officers

Revised: 7/20/05

So they put on there gloves and things, so officers carter told me to take of my pants that I had on, and stated now who the fuck do you think you is and push me so I told him you not about to treat me like a dog so he said ok then if you don't want this shit what i'm about to give you then get the fuck out like that, I only had on my boxers, shoes and shirt, The other officers were about to shout the door when he said don't shut shit I want these motherfuckers to come and investagate me, so he said give this motherfucker a 1x pants and shirt but I could fit it so I said I can't fit that so he said well get the fuck out so I was about to leave out, but I grab my old uniform and was about to leave but one of the officers grab me which his name was stengal #7830 I told him to let me go so he did but as I was go out the door I was kick by carter in my behind I tried to get up but all the officers started attacking me so I was yelling for help and trying to get into the hallway but they wouldn't let me they just kept maliciously beating me. So I blank out when I gain conscious. I was hand cuff and sergeant smith and Captain McGuire was there and ask me what happened but I couldn't explain because I was hurt. They took me to the dispensary but the person there told them that I would be o.k., but I told them I need to go to the hospital, but they didn't take me, superintendent Salazar and the cheif of the divison came and said don't take his ass nowhere, but to the hole, which me and a couple of others where taken.

VI.    Relief:

So they put on there gloves and things, so officers carter told me to take of my pants that I had on, and stated now who the fuck do you think you is and push me so I told him you not about to treat me like a dog so he said ok then if you don't want this shit what i'm about to give you then get the fuck out like that, I only had on my boxers, shoes and shirt, The other officers were about to shout the door when he said don't shut shit I want these motherfuckers to come and investagate me, so he said give this motherfucker a 1x pants and shirt but I could fit it so I said I can't fit that so he said well get the fuck out so I was about to leave out, but I grab my old uniform and was about to leave but one of the officers grab me which his name was stengal #7830 I told him to let me go so he did but as I was go out the door I was kick by carter in my behind I tried to get up but all the officers started attacking me so I was yelling for help and trying to get into the hallway but they wouldn't let me they just kept maliciously beating me. So I blank out when I gain conscious. I was hand cuff and sergeant smith and Captain McGuire was there and ask me what happened but I couldn't explain because I was hurt. They took me to the dispensary but the person there told them that I would be o.k., but I told them I need to go to the hospital, but they didn't take me, superintendent Salazar and the cheif of the divison came and said don't take his ass nowhere, but to the hole, which me and a couple of others where taken.

VI.    Relief:

Revised: 7/20/05

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a lawsuit for 450,000 dollars for the way I was treated, beat, and for them not giving me medical treatment, for my mental anger, for family stress, for them throwing away all my legal property, and for the lack of professionalism on all levels because the incident could have been retain if Sergeant Lyles and Sergent Smith didn't refuse to defuse the situation.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11__ day of __05__, 20__07__

___Corey Manuel___
(Signature of plaintiff or plaintiffs)

___Corey Manuel___
(Print name)

___2007001455I___
(I.D. Number)

___2600 South California___
(Address)

8

Revised: 7/20/05