**PRISONER CASE #3**

AE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC

**FILED**
NOV 08 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | COREY MANUEL | **Defendant(s):** | SERGEANT LYLES, et al. |
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | Corey Manuel<br>#2007-0014551<br>Cook County Jail<br>P.O. Box 089002<br>Chicago, IL 60608 | **Defendant's Attorney:** | |

07CV6335
JUDGE GUZMAN
MAGISTRATE JUDGE KEYS

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*  **Date:** 11/08/2007