UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY MANUEL,            )<br>                          )<br>       Plaintiff,        )<br>                          )<br> v.                       )<br>                          )<br> SGT. LYLES, SGT. SMITH,  )<br> TOM DART, et al.,        )<br>                          )<br>       Defendants.       ) | 07 C 6335<br><br>Honorable<br>Ronald A. Guzman |

## NOTICE OF MOTION

TO:   Corey Manuel
      #2007-0014551
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

PLEASE TAKE NOTICE that on **December 20, 2007** at **9:30 A.M**. or as soon thereafter as counsel may be heard, I shall appear before Judge Guzman, in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANT DART'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

                        Respectfully submitted,

                        RICHARD A. DEVINE
                        State's Attorney of Cook County

                  By    *s/Daniel J. Fahlgren*
                        Daniel J. Fahlgren, 6201163
                        Assistant State's Attorney
                        500 Richard J. Daley Center
                        Chicago, IL 60602
                        (312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on December 14, 2007, electronically, pursuant to ECF Gen Order XI (C).

                         *s/Daniel J. Fahlgren*