MHN

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Corey Manuel | 07C6335 |
| DEFENDANT | TYPE OF PROCESS |
| Sergeant Lyles, et al. | S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

➡ Captain McGuire

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT 2600 South California Chicago IL, Divison 1 Number #14

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cory Manuel, #2007-0014551
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

c/o Khonna, Legal Dept. 2nd flr. Div. 5

Signature of Attorney or other Originator requesting service on behalf of:  Cory Manuel   [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER   DATE 11-21-07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 3 of 5 | District of Origin No. 24 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk TD | Date 11-21-07 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Officer Ronna Farnandis

FILED DEC 13 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service 12/10/07   Time 2:35 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| One | service fee | charged | same | location + case | | |

REMARKS: See process sheet #1 for charges.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)