*M/H*

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Corey Manuel | 07C6335 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sergeant Lyles, et al. | S/C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sergeant Smith

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2600 South California Chicago IL, Divison 1  Number # 1098

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Cory Manuel, #2007-0014551
Cook County Jail
P.O. Box 089002
Chicago, Il 60608

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                         Fold

c/o Rhonna, legal Dept. 2nd Fr. Div. 5.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Corey Manuel | ☒ PLAINTIFF ☐ DEFENDANT | | 11-21-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 5 | No. 24 | No. | TD | 11-21-07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Officer Ronna Farnandis | | ☐ |

*FILED DEC 13 2007 12-13-2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT*

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 12/10/07 | 2:35 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

One Service fee charged same location + case

**REMARKS:** See process suit #1 for charges.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|