UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Corey Manuel
                              Plaintiff,
v.                                              Case No.: 1:07−cv−06335
                                                Honorable Ronald A. Guzman
Sergeant Lyles, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 17, 2007:

    MINUTE entry before Judge Ronald A. Guzman :The Court adopts parties joint proposed Rule 26 scheduling order: Discovery ordered closed by 3/31/2008. Dispositive motions to be filed on or before 4/30/2008.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.