# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

COREY MANUEL,                        )
                                     )
          Plaintiff,                 )
                                     )        07 C 6335
     v.                              )
                                     )        Honorable
SGT. LYLES, SGT. SMITH,              )        Ronald A. Guzman
TOM DART, et al.,                    )
                                     )
          Defendants.                )

## NOTICE OF MOTION

TO:   Corey Manuel
      #2007-0014551
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

PLEASE TAKE NOTICE that on **January 17, 2008** at **9:30 A.M**. or as soon thereafter as counsel may be heard, I shall appear before Judge Guzman, in the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **DEFENDANTS LYLES, SMITH, McGUIRE AND SALAZAR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.**

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By    *s/Daniel J. Fahlgren*
      Daniel J. Fahlgren, 6201163
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on January 3, 2008, electronically, pursuant to ECF Gen Order XI (C).

*s/Daniel J. Fahlgren*