UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Corey Manuel
                          Plaintiff,

v.                                      Case No.: 1:07−cv−06335
                                      Honorable Ronald A. Guzman

Sergeant Lyles, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Ronald A. Guzman : The briefing schedule set on 12/17/2007 is stricken.Plaintiff is given to 1/28/2008 to file a response to the motions to dismiss[21] [10] Replies due by 2/12/2008. Court will rule by mail. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.