Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6335 | DATE | MAR 1 4 2008 |
| CASE TITLE | Corey Manuel (#2007-0014551) v. Sergeant Lyles, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to proceed with said complaint [27] is terminated as a pending motion. Document 27 is Plaintiff's response to Defendants' pending motions to dismiss.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|