**UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COREY MANUEL,        )<br>                      )<br>    Plaintiff,     )<br>                      )         07 C 6335<br>v.                    )<br>                      )         Honorable<br>SGT. LYLES, SGT. SMITH, )       Ronald A. Guzman<br>TOM DART, et al.,     )<br>                      )<br>    Defendants.       ) | |

**NOTICE OF FILING**

TO:   Corey Manuel
      #2007-0014551
      Cook County Jail
      P.O. Box 089002
      Chicago, IL 60608

PLEASE TAKE NOTICE that on **April 4, 2008,** I caused to filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically pursuant to The CM/ECF the attached **REPLY BRIEF of Defendants Dart, Lyles, Smith, McGuire And Salazar.**

                    Respectfully submitted,

                    RICHARD A. DEVINE
                    State's Attorney of Cook County

               By   *s/Daniel J. Fahlgren*
                    Daniel J. Fahlgren, 6201163
                    Assistant State's Attorney
                    500 Richard J. Daley Center
                    Chicago, IL 60602
                    (312) 603-3304

**CERTIFICATE OF SERVICE**

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on April 4, 2008, electronically, pursuant to ECF Gen Order XI (C).

                    *s/Daniel J. Fahlgren*