Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6335 | **DATE** | 6/30/08 |
| **CASE TITLE** | COREY MANUEL vs. SERGEANT LYLES, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order: Defendant Sheriff Dart's motion to dismiss [10] is granted. Sheriff Dart is terminated as a defendant. Defendants Sergeant Lyles, Sergeant Smith, Captain McGuire, Superintendent Salazar motion to dismiss [21] is granted in part and denied in part. Defendant Sergeant Lyles is terminated as a defendant. Status hearing set for 7/16/08 at 9:30 a.m.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | CG |
|---|---|---|

U.S. DISTRICT COURT

2008 JUN 30 PM 4:14

FILED-EDL