UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY MANUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 6335 |
| v. ) | |
| ) | Honorable |
| SGT. SMITH, et al., ) | Ronald A. Guzman |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Corey Manuel
     #2007-0014551
     Cook County Jail
     P.O. Box 089002
     Chicago, IL 60608

PLEASE TAKE NOTICE that on **July 10, 2008,** I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically, pursuant to ECF Gen Order XI, the attached **DEFENDANTS SMITH, McGUIRE AND SALAZAR'S ANSWER TO PLAINTIFF'S COMPLAINT.**

    Respectfully submitted,

    RICHARD A. DEVINE
    State's Attorney of Cook County

By  *s/Daniel J. Fahlgren*
    Daniel J. Fahlgren, 6201163
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, IL 60602
    (312) 603-3304

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were served upon the above-named person on July 10 January 3, 2008, electronically, pursuant to ECF Gen Order XI (C).

    *s/Daniel J. Fahlgren*