UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Corey Manuel
        Plaintiff,

v.              Case No.: 1:07−cv−06335
             Honorable Ronald A. Guzman

Sergeant Smith, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Status hearing (partial telephonic) held on 7/29/08. Fact discovery ordered closed by 10/27/2008. Status hearing set for 10/29/2008 at 10:30 AM. Defendant's oral motion to take plaintiff 9;s deposition in custody is granted as stated in open court. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.