To THE OFFICE OF THE U.S DISTRICT COURT CH

I WILL LIKE TO PRESENT SOME INFORMATION FOR CASE NUMBER 1:07—CV—06335 COREY MANUEL VS. SERGEANT SMITH, ET AL THESE ARE SOME AFFIDAVIT' AND DETAINEE - GRIEVANCE THAT WITNES THE INCIDENT WITHIN THE CASE. RIGHT NOW I'm CURRENTLY REPRESENTING MYSELF, BUT I WOULD LIKE THE COURTS TO BE IN FAVOR TO APPOINT ME A CONSEL.

**FILED**

AUG 7 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THANK YOU
COREY MANUEL
# 20070014551
P.O. BOX 089002
CHICAGO IL, 60608

STATE OF ILLINOIS )
                  ) SS.
COUNTY OF COOK    )

## AFFIDAVIT

THIS AFFIDAVIT is attached herewith to the official Cook County Department of Corrections - Detainee Grievance.

Friday, August 31, 2007 at about 1315 hours, Division One (1), Tier F1 was called for weekly clothing exchange. Per normal procedure, we were instructed by Clothing Room Officer CARTER that those of us who wished to exchange uniforms should take off the old uniforms and toss them in the ben. Officer CARTER then began to pass out uniforms parts to detainees.

At some point, Detainee Cory MANUEL requested a 2X shirt. The shirt he requested was given to another detainee and MANUEL commented, "...man, I wanted that shirt." Officer CARTER said, "...what the fuck did you say?" Officer CARTER then jumped over the counter and pushed Detainee MANUEL. MANUEL asked Officer CARTER, "...why are you pushing me?" Officer CARTER continued to use his upper body to push MANUEL into the back corner of the clothing room.

Clothing room workers left the room and several CCDOC Officers entered the clothing room. Officer CARTER instructed the officers to, "...get my workers back in here." Officer CARTER then instructed the clothing room workers to finish passing out uniforms. We were rushed out of the clothing room by the officers, one of which was Officer BOENS. As we left the clothing room, I alone with Detainee K. JACKSON, attempted to inform Sergeant LYLES and Sergeant Smith of the escalating situation in the clothing room. Sergeant LYLES ignored us and got on the elevator and Sergeant SMITH went into the Security Office.

We were then pushed into the holding cell and the gate was locked behind us. Minutes later, all we could hear was Detainee MANUEL screaming, "Rico, help me Rico!" After a few minutes, Officer CARTER came to the holding cell and asked, "...who the fuck is Rico?" There was a verbal exchange between several detainees and some officers at the front of the holding cell. I observed one of the female Sergeants take Detainee MANUEL toward the dispensary. At this time, we were told by an officer to, "...come out with your hands behind your back!"

5-7 detainees made it out of the holding cell before all total caos broke out. Those of us who did not make it out of the holding cell were pushed back by the officers and the gate was locked behind us. I heard Officer MCHUGH say, "...all available on the boulevard!" Officers came from all directions and you could hear the commotion on the boulevard. Three (3) detainees were return to the holding cell and the gate was locked again. After a few minutes, a officers yelled into the holding cell, "...everybody get on the fucking ground!" The gate was opened and stormed by at least 15-20 Correctional Officers.

While Division One (1), Tier F1 was on the ground with our hands behind our heads; we were kicked, slapped, punched and even spat on by the officers who entered the holding cells. This malicious attacked did not stop until one of the officers in the holding cell commented,

CONTINUATION SHEET - AFFIDAVIT

"...the stool pigeons are here." At this same time, Officer MCHUGH said, "...the camera is now on."

We were then handcuffed and left in the holding cell. Superintendent Salazar entered the holding cell after the situation had calmed down, but commented to Division One (1) Officers, "...if they turn around, kick there ass and let them wake up in the hospital." CCDOC Emergency Response Team (ERT) came and the Tier was stripped searched. We sat in the holding cell for at least two (2) hours and when we returned to the tier it had been shaken down. Bibles, books, magazines and other items had been confiscated. It was not until the tier refused meals that we were even given sheets and this did not happen until the following day. We were refused medical attention and told by a Sergeant that, "...it's a holiday and no doctor would be in until Tuesday." We never recieved medical attention.

The lack of professionalism on all levels is the reason for this incident. Officer CARTER provoked the incident, Sergeant LYLES and Sergeant SMITH refused to defuse the situation prior to it escalating to the point it did, and several Division One (1) Officers used the incident as an opportunity to engage in the physical abuse of individual on Tier F1 who had nothing to do with what happened. One of the officers who did most if not all of the abuse was and African American, about 5'6", and wears his hair in a dreadlock style. I did not get his name but can identify if need be.

NAME OF DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Those detainees who were housed on Division One, Tier F1

ACTION THAT I AM REQUESTING:

I am requesting that this matter be investigated by CCDOC Internal affairs department. After such, all involved parties be properly disciplined accordingly.

NOTE:

A copy of this Detainee Grievance has been forwarded to the MacArthur Justice Center as well as the U.S. Department of Justice for further action.

I, EDDIE MEEKS, CIMIS#: 2006-0043168, being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

*[signature]*
EDDIE MEEKS, AFFIANT

EDDIE MEEKS
CIMIS#:2006-0043168
P.O. BOX 089002
CHICAGO, ILLINOIS 60608

Control#: 2007 X 1841

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

EDDIE MEEKS
CIMIS#:2006-0043168
Division One (1), Tier F1

**REQUEST FOR AN APPEAL**

This is a request for an appeal taken from Detainee Grievance, dated August 31, 2007 under **CONTROL#:2007X1841**.

In the departments response to my grievance, the department "alleges" that:

> "IAD inquire show that detainee were combative towards staff. Video tape showed no misconduct by staff. No IAD case file warranted. Criminal case was opened."

First, to suggest that we were combative is ridiculous. If this was the case, why haven't we "all" received disciplinary tickets? The action of a few individuals DID NOT warrant the malicious attack on all the detainee's housed in Division One (1), Tier F1 on August, 31, 2007.

Second, "...the video tape showed no misconduct by staff," primarily becuase Officer MCHUGH did not turn the video tape on until after the beating had stopped. Does the video tape show Division One officers entering the holding cell? No! When CCDOC Emergency Response Team (ERT) entered the holding cell, they videotaped us from the time they entered the cell until they left.

The facts are clear, Division One officers maliciously and sadistically used force for the very purpose of causing harm. We are not all fabricating this abuse, and the department's response to all of our grievances is nothing more than an attempt by the department to cover up the actions by it's officers.

I am sure that like my grievance, nothing will become of this appeal however, the Prison Litigation Reform Act (PLRA), requires that I must first exhaust the jail's grievance process before filing suit.

Respectfully submitted,

*[signature]*
EDDIE MEEKS
CIMIS#:2006-0043168
P.O BOX 089002
CHICAGO, ILLINOIS 60608

# C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: **Meeks**     First Name: **Eddie**     ID#: **2006-0043168**

Is This Grievance An <u>Emergency</u>? YES ☐   NO ☑

C.R.W.'S Summary Of The Complaint: _Detainee alleges there was an incident on 8/31/07 that needs to be investigated by IAD_

C.R.W. Referred Griev. To: **IAD**     Date Referred: **09/06/07**

Response Statement: _IAD inquiries show that detainee was subject to sound, videotape shown on incident by staff. No IAD ___ ____ ___ ____ ___ ___

_____ (print- name of individual responding to this griev.) — _____ (signature) Date: 9/12/07  Div./Dept. ___

J.A. Johnson (print name of Supt./Designee/Dept. Admin.) — _____ (signature) Date: 9/17/07  Div./Dept. I

J. Mucia (print - name of Prog. Serv. Admin./Asst. Admin.) — _____ (signature) Date: 9/12/07

Date Detainee Received Response: **9/20/07**    Detainee Signature: _Eddie Meeks_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **9/24/07**

Detainee's Basis For An Appeal: _Detainee's account of the incident 8/31/07 are not fabricated. Division One officers maliciously and sadistically used force for the very purpose of causing harm. (SEE ATTACHMENT)_

Appeal Board's Acceptance Of Detainee's Request:   YES ☐   NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

Appeal Board's Signatures / Dates:

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__  Detainee Signature: _Eddie Meeks_

GRIEVANCE CODE(S): (___) (___) (___) (___)

DATE APPEAL SUBMITTED, SIGNED IN ERR

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)